**Order filed January 6, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00292-CV**

_____

**C4 FOOD TRUCK, LLC AND ANDY CARDENAS, Appellant**

**V.**

**KEITH LEWIS AND CHA'QUANIA LEWIS, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-47196**

---

## O R D E R

Appellant's brief was due December 20, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 7, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.